# Huney-Vaughn Court Reporters, Ltd.

**CERTIFIED SHORTHAND REPORTERS**
317 Sixth Ave. – Suite 200 – Des Moines, Iowa 50309
(515) 288-4910

TAX ID #42-1431692

 **INVOICE**

ATT: JOSHUA DICKINSON
SPENCER FANE, L.L.P.
13520 CALIFORNIA ST
SUITE 290
OMAHA          NE 68154

INVOICE #:00146140
DATE:11/16/17
TERMS:  .0%/  0

COURT/CASE #:
VANGORP VS COMMERCE BANK

JOB #:VANG.COMM000
CLAIM #:

| ACTIVITY DESCRIPTION | DATE | REPORTER | AMOUNT |
|---|---|---|---|
| TRANSCRIPT ORIGINAL DEP OF STACY VAN GORP EXPEDITED | 10/16/17 | /HVA | |
| EXHIBITS | 10/16/17 | /HVA | |
| ATTENDANCE FEE | 10/16/17 | /HVA | |
| COMPLIMENTARY WORD INDEX | 10/16/17 | /HVA | |
| | | | 648.80 |
| | | SUBTOTAL | $  648.80 |
| | | SALES TAX | .00 |
| | | TOTAL DUE | $  648.80 |

WE APPRECIATE YOUR BUSINESS!

---

**REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT**

HUNEY-VAUGHN COURT REPORTERS, LTD.
317 SIXTH AVE. – SUITE 200
DES MOINES, IOWA 50309

| INVOICE # | INVOICE DATE | AMOUNT |
|---|---|---|
| 00146140 | 11/16/17 | $  648.80 |
| CUST. # | ATTY. # | JOB # |
| SPEN02 | DICKIJ | VANG.COMM000 |

TAX ID #42-1431692