# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-3741
_____

Stacy Van Gorp, on behalf of herself and all others similarly situated

Plaintiff - Appellant

v.

Commerce Bank

Defendant - Appellee

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:17-cv-00189-CRW)
_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

August 08, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans