# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-3741

Stacy Van Gorp, on behalf of herself and all others similarly situated

Appellant

v.

Commerce Bank

Appellee

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:17-cv-00189-CRW)

_____

**MANDATE**

In accordance with the judgment of 08/08/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 08, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit